UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

---------------------------------------------------------------x
IRVING SINGER,                                                 :
                                                               :
                          Plaintiff,   :   Case No.: 1:20-cv-05133
    vs.                                                       :
EQUIFAX INFORMATION SERVICES, LLC                              :
                                                               :   **NOTICE OF SETTLEMENT WITH**
                        Defendant.  :   **DEFENDANT EQUIFAX INFORMATION**
                                                               :   **SERVICES, LLC**
                                                               :
                                                               :
                                                               :
                                                               :
---------------------------------------------------------------x

      Plaintiff Irving Singer ("Plaintiff") hereby notifies the Court that the present case has been settled between Plaintiff and Defendant Equifax Information Services, LLC (collectively, the "parties"), and states as follows:

      1.    A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

      2.    The parties respectfully request that the Court stay this action as to Defendant Equifax Information Services, LLC, and adjourn all deadlines and conferences.

DATED:  January 28, 2021                **COHEN & MIZRAHI LLP**
                                             MISTY OAKS

                                             /s/ Misty Oaks
                                             MISTY OAKS

- 2 -

        MISTY OAKS
        1256 Gates Circle SE
        Atlanta, GA 30316
        Telephone:  405/529-6257
        Fax: 775/320-2698
        attyoaks@yahoo.com

*Attorney for Plaintiff Irving Singer*