UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IRVING SINGER,<br><br>       Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>       Defendant. | CIVIL ACTION NO.<br><br>1:20-CV-05133-CAP-CCB |

## **O R D E R**

The plaintiff, Irving Singer, has filed a notice indicating that the above styled action has been settled, but the formal documentation of settlement has not been concluded [Doc. No. 9]. Therefore, it is not necessary that the action remain on the court's calendar.

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE to the right of any party, within the next ninety (90) days, to reopen this action or vacate this order of dismissal. If the action has not been reopened or the court has not received a motion to vacate on or before the time permitted by this order, the action will be dismissed with prejudice.

**SO ORDERED** this 2nd day of February, 2021.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
United States District Judge